B6A (Official Form 6A) (12/07)

.

In re     Steven John Panko                                   ,     Case No.      13-42560

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1953 N. Dayton<br>Chicago, Illinois 60614<br><br>Held by Land Trust<br>Debtor's beneficial interest in the Land Trust is held in<br>Tenancy by the Entirety | Tenancy by the Entirety | - | 2,800,000.00 | 3,000,000.00 |

| | | |
|---|---|---|
| Sub-Total > | 2,800,000.00 | (Total of this page) |
| Total > | 2,800,000.00 | |

   _0_    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   Steven John Panko                                                    Case No.    13-42560
                                    Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | H | $200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Lakeside Bank - Joint Account | H | $9,989.54 |
| | | Lakeside Bank | H | $2,400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living Room Chair - All furniture purchased 2008 or earlier | J | $25.00 |
| | | Living Room Table and 6 Chairs - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Living Room Cabinet - All furniture purchased 2008 or earlier | J | $150.00 |
| | | Living Room Ottoman - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Living Room TV-Flatscreen - All furniture purchased 2008 or earlier | J | $100.00 |
| | | Dining Room Table - All furniture purchased 2008 or earlier | J | $2,000.00 |
| | | Dining Room Chairs (8) - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Play Room Chair - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Play Room Couch - All furniture purchased 2008 or earlier | J | $25.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re  Steven John Panko                                              Case No.  13-42560
                        **Debtor**                                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Play Room TV-Flatscreen - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Kitchen Table - All furniture purchased 2008 or earlier | J | $100.00 |
| | | Kitchen Chairs (7) - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Master Bedroom Dresser - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Master Bedroom TV-Flatscreen - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Child's Bedroom Bed - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Child's Bedroom Dresser - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Child's Bedroom Desk - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Child's Bedroom Bed - All furniture purchased 2008 or earlier | J | $25.00 |
| | | Child's Bedroom Desk - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Spare Bedroom Bed - All furniture purchased 2008 or earlier | J | $25.00 |
| | | Spare Bedroom Dresser - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Spare Bedroom Cabinet - All furniture purchased 2008 or earlier | J | $50.00 |
| | | i Phone and i Pad | H | $400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork | J | $400.00 |
| 6. Wearing apparel. | | Wearing Apparel | H | $1,200.00 |
| 7. Furs and jewelry. | | Wedding Ring | H | $500.00 |
| | | Movado Watch - 1994 | H | $100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf Clubs | H | $300.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re    Steven John Panko                                    Case No.   13-42560
                    **Debtor**                                                          **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Ohio National Life Financial Services - Term | H | $0.00 |
| | | Lincoln Financial Group - Whole Life (Surrender Value) (spouse is beneficiary) | H | $30,320.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached B13 Rider - Interest in Businesses; and see Response to SOFA No. 18 | H | See Rider |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

**Steven J. Panko - Portfolio Summary**
**October 2013**

| # | Ownership Entity | Property Value | Existing Debt Status | Lender | Expiration | Fn | Balance | Net Oper Income | Debt Serv./ Real Est. Tax | Cash Flow | Equity | Own | Recourse | Panko Cash Flow | Eq. Value | Basis for Prop Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Held for Development:* | | | | | | | | | | | | | | | |
| 1 | Antioch BB | $ 5,500,000 | Acq. Loan | Park National | Oct-14 | 1 | $ 11,674,140 | | | $ - | $ (6,174,140) | 50% | 25% | $ - | $ (3,000,000) | Lender appraisal |
| 2 | Salina Partners | $ 475,000 | Seller | Jeckl | Dec-12 | 2 | $ 475,000 | | | $ - | $ - | 44% | 100% | $ - | $ - | Market Valuation |
| | **Total Held for Development** | **$ 5,975,000** | | | | | **$ 12,149,140** | | | **$ -** | **$ (6,174,140)** | | | **$ -** | **$ (3,000,000)** | |
| | | | | | | | | | | | | | | | | |
| | *Under Development:* | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | *Total Under Development* | *$ -* | | | | | *$ -* | | | *$ -* | *$ -* | | | *$ -* | *$ -* | |
| | | | | | | | | | | | | | | | | |
| | *Completed Projects:* | | | | | | | | | | | | | | | |
| 3 | Guinness/Wheaton, LLC | $ 6,546,301 | Perm Loan | RBS | Jun-23 | 3 | $ 5,957,664 | $ 540,070 | $ 384,672 | $ 155,398 | $ 588,637 | 40% | 0% | $ - | $ 235,455 | Market Valuation |
| 4 | V-Land Bloomingdale Army Trail LLC | $ 3,513,533 | Mini-Perm | Lakeside | Jul-16 | 4 | $ 3,207,109 | $ 316,218 | $ 207,852 | $ - | $ 306,424 | 100% | 50% | $ - | $ 306,424 | Market Valuation |
| 5 | V-Land Chicago Canal LLC | $ 8,968,675 | Mini-Perm | Lakeside | Jul-16 | 4 | $ 8,775,507 | $ 717,494 | $ 584,859 | $ - | $ 193,168 | 100% | 50% | $ - | $ 193,168 | Market Valuation |
| 6 | V-Land Chicago 95th LLC | $ 6,586,231 | Const Loan | Bridgeview | Oct-15 | 5 | $ 10,212,471 | $ 592,761 | $ 675,933 | $ (83,172) | $ (3,626,240) | 48% | 100% | $ (83,172) | $ (3,626,240) | Market valuation |
| 7 | V-Land Lombard Highland | $ 5,946,765 | Const Loan | Lakeside | Dec-13 | 6 | $ 5,436,218 | $ 505,475 | $ 391,568 | $ 113,907 | $ 510,547 | 80% | 100% | $ 113,907 | $ - | Market Valuation |
| 8 | V-Land South Elgin, LLC | $ 2,807,156 | Const Loan | Lakeside | Jul-16 | 4 | $ 2,365,004 | $ 252,644 | $ 188,384 | $ 64,260 | $ 442,152 | 51% | 100% | $ 32,773 | $ 225,497 | Market Valuation |
| 9 | V-Land Warrenville, LLC | $ 1,680,000 | Perm Loan | Key Bank | Jun-16 | 8 | $ 1,542,146 | $ 151,133 | $ 127,870 | $ 23,263 | $ 137,854 | 92% | 0% | $ - | $ (312,146) | Market Valuation |
| | *Total Completed Projects* | *$ 36,048,661* | | | | | *$ 37,496,118* | | | *$ 273,656* | *$ (1,447,458)* | | | *$ 63,508* | *$ (2,977,841)* | |
| | | | | | | | | | | | | | | | | |
| | *Total All Property* | *$ 42,023,661* | | | | | *$ 49,645,259* | | | *$ 273,656* | *$ (7,621,598)* | | | *$ 63,508* | *$ (5,977,841)* | |

$ 43,667,418  net of minority interests

Steven J. Panko                        Date

# Steven J. Panko

**Footnotes to Portfolio Summary**
**Valuation Methodology**
**October 2013**

1. Antioch BB LLC– Zoned and annexed farm land valued at lender appraised value

2. Salina Partners LLC– Vacant land valued at debt which is seller financed

3. Guinness Wheaton LLC– multi tenant retail property valued at 8.25% capitalization rate on in place income. Property Value and Equity Value are based on capitalization rate and do not include brokerage fees, transactions costs and prorations for real estate taxes. These costs would reduce the values accordingly. Panko Equity Value does not include the cost to square up partner capital accounts which would reduce the value indicated.

4. V-Land Bloomingdale Army Trail LLC and V-Land Chicago Canal LLC– Properties are valued at a 9.0 and 8.0% capitalization rate respectively. Properties are in litigation due to contract sales price dispute. The debt of V-Land Chicago Canal includes $900,000 of outstanding legal invoices. It is not possible to determine actual value or when value can be realized due to the extended and uncertain nature of litigation. Also securing a charging order entered into with Banner One LLC.  Property Value and Equity Value are based on capitalization rate and do not include brokerage fees, transactions costs and prorations for real estate taxes. These costs would reduce the values accordingly.

5. V-Land Chicago 95th LLC - multi-tenant property valued at 9.0% capitalization rate on in place income. Property Value and Equity Value are based on capitalization rate and do not include brokerage fees, transactions costs and prorations for real estate taxes. These costs would reduce the values accordingly.

6. V-Land Lombard LLC– multi tenant retail property valued at 8.5% capitalization rate on in place income. Liability balance includes $114,542 due to DuPage County for 2011 unpaid property taxes. Investor equity and preferred return personally guaranteed by Steve Panko. Balance due to Investor is $1,785,418 which has priority over Panko Equity.  Property Value and Equity Value are based on capitalization rate and do not include brokerage fees, transactions costs and prorations for real estate taxes. These costs would reduce the values accordingly.

7. V-Land South Elgin LLC – multi tenant retail property valued at 9.0% capitalization rate on in place income.  Property Value and Equity Value are based on capitalization rate and do not include brokerage fees, transactions costs and prorations for real estate taxes. These costs would reduce the values accordingly.  Panko Equity Value does not include the cost to square up partner capital accounts which would reduce the value indicated.

8. V-Land Warrenville LLC– valued at 9% capitalization rate.  Minority partner equity of $450K. Property Value and Equity Value are based on capitalization rate and do not include brokerage fees, transactions costs and prorations for real estate taxes. These costs would reduce the values accordingly.

B 6B (Official Form 6B) (12/07) - Cont.

In re  Steven John Panko                                                    Case No.  13-42560
                   **Debtor**                                                                  **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Real Estate Brokerage License | H | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re    Steven John Panko                                                    Case No.    13-42560
_____                                          _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total >** | $48,759.54 |

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    Steven John Panko                                      Case No.    13-42560
_____ ,
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 1953 N. Dayton | 11 U.S.C. 522(b)(3)(B); 750 ILCS 65/22; | 100% | 2,800,000.00 |
| Chicago, Illinois 60614 | 765 ILCS 1005/1(c); 765 ILCS | | |
| | 1005/2(d); 735 ILCS 5/12-112; 735 ILCS | | |
| Held by Land Trust | 5/12-901 | | |
| Debtor's beneficial interest in the Land Trust is held | | | |
| in Tenancy by the Entirety | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Lakeside Bank - Joint Account | 735 ILCS 5/12-803; 740 ILCS 170/4; | 9,989.54 | 9,989.54 |
| | 735 ILCS 5/12-1001(b) | | |
| | | | |
| Lakeside Bank | 735 ILCS 5/12-803, 740 ILCS 170/4 | 100% | 2,400.00 |
| | | | |
| **Household Goods and Furnishings** | | | |
| i Phone and i Pad | 735 ILCS 5/12-1001(d) | 100% | 400.00 |
| | | | |
| **Wearing Apparel** | | | |
| Wearing Apparel | 735 ILCS 5/12-1001(a) | 100% | 1,200.00 |
| | | | |
| **Interests in Insurance Policies** | | | |
| Lincoln Financial Group - Whole Life (Surrender | 215 ILCS 5/238; 735 ILCS 5/12-1001(f) | 100% | 30,320.00 |
| Value) | | | |
| (spouse is beneficiary) | | | |

                                                                        Total:       41,509.54          2,844,309.54

  0    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Steven John Panko _____,    Case No. ____13-42560_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Banner One, LLC, Attn: Mark O'Toole <br> 321 N. Clark Street <br> Suite 2450 <br> Chicago, IL 60654 | | - | Secured by charging order on membership interests in V-Land Bloomingdale Army Trail and V-Land Chicago Canal <br><br> Value $          0.00 | | | | 1,746,758.00 | Unknown |
| Account No. xxxxxxxxxx8000;xxxxxxxxxx5900 <br><br> First Merit Bank <br> P.O. Box 3648 <br> Akron, OH 44309 | | - | Judgment 7/11/2013 <br> Citation Served 8/2/2013 <br> Citation Withdrawn 11/6/2013 <br> (Lender has mortgage on real estate owned by V Land Homewood 175th, LLC) <br><br> Value $     675,000.00 | | | | 1,425,875.00 | 750,875.00 |
| Account No. xxxxxx9041 <br><br> Lakeside Bank <br> 55 W. Wacker Drive <br> Chicago, IL 60601 | | - | June 27, 2006 <br><br> Mortgage as Home Equity Line of Credit <br><br> Value $   2,800,000.00 | | | | 3,000,000.00 | 200,000.00 |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |

    0    continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 6,172,633.00 | 950,875.00 |
| Total <br> (Report on Summary of Schedules) | 6,172,633.00 | 950,875.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    Steven John Panko                                                          Case No.    13-42560
                                                                ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Steven John Panko                                              ,      Case No.    13-42560
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Tax Year 2012 | | | | | | |
| IRS P.O. Box 802501 Cincinnati, OH 45280 | - | | | | | | 16,307.00 | 0.00 | 16,307.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 16,307.00 | 16,307.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 16,307.00 | 16,307.00 |

B6F (Official Form 6F) (12/07)

In re    Steven John Panko
                                                          ,    Case No.    13-42560
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
| **Account No.** | | | | | Guarantee | | | | |
| Bridgeview Bank, Attn:  Bryan Griffin 4753 N. Broadway Chicago, IL 60640 | X | | | | | X | | | 9,316,783.00 |
| **Account No.** | | | | | Construction over run guarantee | | | | |
| Chicago Ashland Webster, LLC Katie Hubbard One State Farm Plaza, A-3 Bloomington, IL 61710 | | | | | | X | X | | Unknown |
| **Account No.** | | | | | GAP Undertaking | | | | |
| Chicago Title 10 South LaSalle Street Suite 3100 Chicago, IL 60603 | | | | | | X | X | | Unknown |
| **Account No.** | | | | | Litigation claim against V-Land Corp et al. | | | | |
| Davis Family Trust 7156 W. 127th Street No. 285 Palos Heights, IL 60463 | | | | | | X | X | X | 0.00 |
| **3** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 9,316,783.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Steven John Panko                                              ,    Case No.    13-42560
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Judgment entered 7/11/2013 | | | | |
| First Merit PO Box 3648 Akron, OH 44309 | X | | | | | | | 1,425,875.00 |
| Account No. | | | | For Notice Purposes Only | | | | |
| Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | - | | | | | | | 0.00 |
| Account No. | | | | Guarantee | | | | |
| Keybank Real Estate Capital 11501 Outlook Street Suite 3000 Overland Park, KS 66211 | X | | | | X | X | | 1,542,146.00 |
| Account No. | | | | Guarantee | | | | |
| Lakeside Bank, Attn: Dave Pinkerton 55 West Wacker Drive Suite 100 Chicago, IL 60601 | X | | | | X | | | 21,175,495.00 |
| Account No. | | | | Equity Guarantee | | | | |
| LMC Group, LLC 1019 W. Wise Road Suite 101 Schaumburg, IL 60193 | X | | | | | | | 1,831,047.00 |

Sheet no.  1  of  3  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       25,974,563.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Steven John Panko                                    ,    Case No.    13-42560
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Litigation claim against V-Land Corp. et al. | | | | |
| Lobo IV, LLC 7156 W. 127th Street No. 285 Palos Heights, IL 60463 | | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Litigation claim against V-Land Corp. et al. | | | | |
| Mark Davis 7156 W. 127th Street No. 285 Palos Heights, IL 60463 | | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Promissory Note (as amended) | | | | |
| MB Financial Bank, N.A. Attn:  Kirsten Helma 6111 N. River Road Rosemont, IL 60018 | | | | | X | | | |
| | | | | | | | | 1,200,000.00 |
| Account No. | | | | 9/22/09 Deficiency judgment | | | | |
| Old Second Bank 37 South River Street Aurora, IL 60506 | X | | | | | | | |
| | | | | | | | | 2,546,500.00 |
| Account No. | | | | Litigation claim against V-Land Corp. et al. | | | | |
| Terry Davis 7156 W. 127th Street No. 285 Palos Heights, IL 60463 | | | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no.   2    of   3    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,746,500.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Steven John Panko                                ,    Case No. _____13-42560_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>US Bank<br>PO Box 1800<br>Saint Paul, MN 55101 | X | | | Guarantee | X | | | 3,321,750.00 |
| Account No.<br><br>Wells Fargo, Attn: Lorraine Cross<br>2800 Post Oak<br>35th Floor<br>Houston, TX 77056 | | | | 5/6/11<br>Settlement Agreement | | | | 281,804.00 |
| Account No.<br><br>Workers Retail Trust, L.P.<br>20 S. Clark Street<br>Suite 3000<br>Chicago, IL 60603 | X | | | Guarantee | X | | | 1,542,393.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,145,947.00

Total
(Report on Summary of Schedules)    44,183,793.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Steven John Panko                          ,     Case No.    13-42560

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Key Development Partners, LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Employment Contract |

   0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    Steven John Panko                                                    ,    Case No.      13-42560
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Antioch BB LLC<br>(V-Land Antioch Marketplace)<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | US Bank<br>PO Box 1800<br>Saint Paul, MN 55101 |
| Cherilynn Panko<br>1953 N. Dayton<br>Chicago, IL 60614 | Lakeside Bank, Attn: Dave Pinkerton<br>55 West Wacker Drive<br>Suite 100<br>Chicago, IL 60601 |
| Cherilynn Panko<br>1953 N. Dayton<br>Chicago, IL 60614 | IRS<br>P.O. Box 802501<br>Cincinnati, OH 45280 |
| KDP Ashland, LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654<br>  Chris Sotos | Chicago Ashland Webster, LLC<br>One State Farm Plaza<br>Suite A-3<br>Bloomington, IL 61710 |
| V Land Homewood 175th, LLC<br>116 Maumell<br>Hinsdale, IL 60521<br>  Scott Nicholson | First Merit Bank<br>P.O. Box 3648<br>Akron, OH 44309 |
| V Land Vernon Hills, LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654<br>  Chris Sotos | Lakeside Bank<br>Attn: Dave Pinkerton<br>55 W. Wacker Drive<br>Chicago, IL 60601 |
| V-Land Bloomingdale Army Trail LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Lakeside Bank<br>55 W. Wacker Drive<br>Chicago, IL 60601 |
| V-Land Chicago 95th LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Bridgeview Bank, Attn:  Bryan Griffin<br>4753 N. Broadway<br>Chicago, IL 60640 |
| V-Land Chicago 95th LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Workers Retail Trust, L.P.<br>20 S. Clark Street<br>Suite 3000<br>Chicago, IL 60603 |

1
_____ continuation sheets attached to Schedule of Codebtors

In re   Steven John Panko                                   ,   Case No.     13-42560
                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| V-Land Chicago Canal LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Lakeside Bank<br>55 W. Wacker Drive<br>Chicago, IL 60601 |
| V-Land Homewood 175th, LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | First Merit<br>PO Box 3648<br>Akron, OH 44309 |
| V-Land Lombard Highland<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Lakeside Bank<br>55 W. Wacker Drive<br>Chicago, IL 60601 |
| V-Land Lombard Highland<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | LMC Group, LLC<br>1019 W. Wise Road<br>Suite 101<br>Schaumburg, IL 60193 |
| V-Land Oswego Residential, LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Old Second Bank<br>37 South River Street<br>Aurora, IL 60506 |
| V-Land South Elgin, LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Lakeside Bank<br>55 W. Wacker Drive<br>Chicago, IL 60601 |
| V-Land Warrenville, LLC<br>515 N. State<br>Suite 2660<br>Chicago, IL 60654 | Keybank Real Estate Capital<br>11501 Outlook Street<br>Suite 3000<br>Overland Park, KS 66211 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   Steven John Panko _____   Case No.   13-42560 _____

_____Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Wife<br>Son | AGE(S):<br>11<br>43<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real Estate - Developer & Broker | |
| Name of Employer | Key Development Partners, LLC | |
| How long employed | Oct. 2011 | |
| Address of Employer | 515 N. State<br>Suite 2660<br>Chicago, IL 60654 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 8,000.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 8,000.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 750.00 | $ 0.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 750.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 7,250.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): Brokerage & Developer Fees | $ | 10,000.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 10,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 17,250.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 17,250.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Steven John Panko _____      Case No.  _13-42560_____
                             Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 8,500.00 |
|   a. Are real estate taxes included? | Yes __X__    No ___ | | |
|   b. Is property insurance included? | Yes __X__    No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 200.00 |
|       b. Water and sewer | | $ | 50.00 |
|       c. Telephone | | $ | 50.00 |
|       d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 300.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 20.00 |
| 7. Medical and dental expenses | | $ | 150.00 |
| 8. Transportation (not including car payments) | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 300.00 |
| 10. Charitable contributions | | $ | 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|      a. Homeowner's or renter's | | $ | 0.00 |
|      b. Life | | $ | 0.00 |
|      c. Health | | $ | 200.00 |
|      d. Auto | | $ | 50.00 |
|      e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|     (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|      a. Auto | | $ | 0.00 |
|      b. Other | | $ | 0.00 |
|      c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   Credit Cards | | $ | 5,000.00 |
|     Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,        $    15,520.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 17,250.00 |
| b.  Average monthly expenses from Line 18 above | $ | 15,520.00 |
| c.  Monthly net income (a. minus b.) | $ | 1,730.00 |