B6B (Official Form 6B) (12/07)

| In re | Steven John Panko | Case No. | 13-42560 |
|---|---|---|---|
| | Debtor(s) | | |

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | H | $200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Lakeside Bank - Joint Account | H | $9,839.54 |
| | | Lakeside Bank | H | $2,400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living Room Chair - All furniture purchased 2008 or earlier | J | $25.00 |
| | | Living Room Table and 6 Chairs - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Living Room Cabinet - All furniture purchased 2008 or earlier | J | $150.00 |
| | | Living Room Ottoman - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Living Room TV-Flatscreen - All furniture purchased 2008 or earlier | J | $100.00 |
| | | Dining Room Table - All furniture purchased 2008 or earlier | J | $2,000.00 |
| | | Dining Room Chairs (8) - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Play Room Chair - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Play Room Couch - All furniture purchased 2008 or earlier | J | $25.00 |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** Steven John Panko      **Case No.** 13-42560
        **Debtor**         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Play Room TV-Flatscreen - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Kitchen Table - All furniture purchased 2008 or earlier | J | $100.00 |
| | | Kitchen Chairs (7) - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Master Bedroom Dresser - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Master Bedroom TV-Flatscreen - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Child's Bedroom Bed - All furniture purchased 2008 or earlier | J | $50.00 |
| | | Child's Bedroom Dresser - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Child's Bedroom Desk - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Child's Bedroom Bed - All furniture purchased 2008 or earlier | J | $25.00 |
| | | Child's Bedroom Desk - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Spare Bedroom Bed - All furniture purchased 2008 or earlier | J | $25.00 |
| | | Spare Bedroom Dresser - All furniture purchased 2008 or earlier | J | $10.00 |
| | | Spare Bedroom Cabinet - All furniture purchased 2008 or earlier | J | $50.00 |
| | | i Phone and i Pad | H | $400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork | J | $400.00 |
| 6. Wearing apparel. | | Wearing Apparel | H | $1,200.00 |
| 7. Furs and jewelry. | | Wedding Ring | H | $500.00 |
| | | Movado Watch - 1994 | H | $100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf Clubs | H | $300.00 |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** Steven John Panko        **Case No.** 13-42560
       Debtor        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Ohio National Life Financial Services - Term | H | $0.00 |
| | | Lincoln Financial Group - Whole Life (Surrender Value) (spouse is beneficiary) | H | $30,320.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached B13 Rider - Interest in Businesses; and see Amended Rider to SOFA No. 18 | H | See Rider |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Credit card refund from Citi | H | $102.77 |
| | | Commission due from V Land Corporation for prepetition brokerage services | H | $16,600.20 |

B13 RIDER

**Steven J. Panko - Portfolio Summary**
**October 2013**

| # | Ownership Entity | Property Value | Existing Debt Status | Lender | Expiration | Fn | Balance | Net Oper Income | Debt Serv./ Real Est. Tax | Cash Flow | Equity | Own | Recourse | Panko Cash Flow | Eq. Value | Basis for Prop Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Held for Development:* | | | | | | | | | | | | | | | |
| 1 | **Antioch BB** | $ 5,500,000 | Acq. Loan | Park National | Oct-14 | 1 | $ 11,674,140 | | | $ - | $ (6,174,140) | 50% | 25% | $ - | $ (3,000,000) | Lender appraisal |
| 2 | **Salina Partners** | 475,000 | Seller | Jeckl | Dec-12 | 2 | $ 475,000 | | | $ - | $ - | 44% | 100% | $ - | $ - | Market Valuation |
| | **Total Held for Development** | $ 5,975,000 | | | | | $ 12,149,140 | | | $ - | $ (6,174,140) | | | $ - | $ (3,000,000) | |
| | *Under Development:* | | | | | | | | | | | | | | | |
| | **Total Under Development** | $ - | | | | | $ - | | | $ - | $ - | | | $ - | $ - | |
| | *Completed Projects:* | | | | | | | | | | | | | | | |
| 3 | **Guinness/Wheaton, LLC** | $ 6,546,301 | Perm Loan | RBS | Jun-23 | 3 | $ 5,957,664 | $ 540,070 | $ 384,672 | $ 155,398 | $ 588,637 | 40% | 0% | $ - | $ 235,455 | Market Valuation |
| 4 | **V-Land Bloomingdale Army Trail LLC** | $ 3,513,533 | Mini-Perm | Lakeside | Jul-16 | 4 | $ 3,207,109 | $ 316,218 | $ 207,852 | | $ 306,424 | 100% | 50% | $ - | $ 306,424 | Market Valuation |
| 5 | **V-Land Chicago Canal LLC** | $ 8,968,675 | Mini-Perm | Lakeside | Jul-16 | 4 | $ 8,775,507 | $ 717,494 | $ 584,859 | | $ 193,168 | 100% | 50% | $ - | $ 193,168 | Market Valuation |
| 6 | **V-Land Chicago 95th LLC** | $ 6,586,231 | Const Loan | Bridgeview | Oct-15 | 5 | $ 10,212,471 | $ 592,761 | $ 675,933 | $ (83,172) | $ (3,626,240) | 48% | 100% | $ (83,172) | $ (3,626,240) | Market valuation |
| 7 | **V-Land Lombard Highland** | $ 5,946,765 | Const Loan | Lakeside | Dec-13 | 6 | $ 5,436,218 | $ 505,475 | $ 391,568 | $ 113,907 | $ 510,547 | 80% | 100% | $ 113,907 | $ - | Market Valuation |
| 8 | **V-Land South Elgin, LLC** | $ 2,807,156 | Const Loan | Lakeside | Jul-16 | 4 | $ 2,365,004 | $ 252,644 | $ 188,384 | $ 64,260 | $ 442,152 | 51% | 100% | $ 32,773 | $ 225,497 | Market Valuation |
| 9 | **V-Land Warrenville, LLC** | $ 1,680,000 | Perm Loan | Key Bank | Jun-16 | 8 | $ 1,542,146 | $ 151,133 | $ 127,870 | $ 23,263 | $ 137,854 | 92% | 0% | $ - | $ (312,146) | Market Valuation |
| | **Total Completed Projects** | $ 36,048,661 | | | | | $ 37,496,118 | | | $ 273,656 | $ (1,447,458) | | | $ 63,508 | $ (2,977,841) | |
| | **Total All Property** | $ 42,023,661 | | | | | $ 49,645,259 | | | $ 273,656 | $ (7,621,598) | | | $ 63,508 | $ (5,977,841) | |
| | | $ 43,667,418 | net of minority interests | | | | | | | | | | | | | |

**Steven J. Panko**         **Date**

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Steven John Panko | | Case No. | 13-42560 |
|---|---|---|---|---|
| | **Debtor** | | | **(If known)** |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Real Estate Brokerage License | H | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

**In re**  Steven John Panko  **Case No.** 13-42560
**Debtor** **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total >** | $65,312.51 |

(Report also on Summary of Schedules)

B6C (Official Form 6C) (04/13)

In re  Steven John Panko                                     Case No.  13-42560
                         Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☒ Check if debtor claims a homestead exemption that exceeds $155,675.*
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 1953 N. Dayton<br>Chicago, Illinois 60614<br><br>Held by Land Trust<br>Debtor's beneficial interest in the Land Trust is held in Tenancy by the Entirety | 11 U.S.C. 522(b)(3)(B); 750 ILCS 65/22; 765 ILCS 1005/1(c); 765 ILCS 1005/2(d); 735 ILCS 5/12-112; 735 ILCS 5/12-901 | 100% | 2,800,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Lakeside Bank - Joint Account | 735 ILCS 5/12-803; 740 ILCS 170/4; 735 ILCS 5/12-1001(b) | 9,839.54 | 9,839.54 |
| Lakeside Bank | 735 ILCS 5/12-803, 740 ILCS 170/4<br>735 ILCS 5/12-1001(b) | 2,400.00 | 2,400.00 |
| **Household Goods and Furnishings** | | | |
| i Phone and i Pad | 735 ILCS 5/12-1001(d) | 100% | 400.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | 735 ILCS 5/12-1001(a) | 100% | 1,200.00 |
| **Interests in Insurance Policies** | | | |
| Lincoln Financial Group - Whole Life (Surrender Value)<br>(spouse is beneficiary) | 215 ILCS 5/238; 735 ILCS 5/12-1001(f) | 100% | 30,320.00 |
| **Other Property** | | | |
| Commission due from V Land Corporation for prepetition brokerage services | 735 ILCS 5/12-803, 740 ILCS 170/4 | 85% | 16,600.20 |
| | Total: | 55,619.71 | 2,860,759.74 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 1 total page(s)