## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| STEVEN JOHN PANKO, | ) | No.  13-42560 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable Judge Timothy A. Barnes |

### NOTICE OF MOTION

TO: See attached Service List

**PLEASE TAKE NOTICE** that on May 20, 2014 at 10:00 a.m., I shall appear before the Honorable Judge Timothy A. Barnes, United States Bankruptcy Judge, in Courtroom 613 of the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois and shall then and there present **Creditor Bridgeview Bank Group's Second Motion for Extension of Time to File Reaffirmation Agreement under Bankruptcy Rule 4008(a)**.

### CERTIFICATION OF SERVICE

I, the undersigned Attorney, Kevin Ameriks, certify that I served a copy of this Notice to the Addressees attached by electronic notice through ECF to those recipients registered for same and by depositing the same to Debtor in the U.S. Mail in Chicago IL before 5:00 p.m. on April 30, 2014, with proper postage prepaid.

BRIDGEVIEW BANK GROUP

BY: /s Kevin Ameriks
Kevin Ameriks

Kevin Ameriks
Corporate Counsel
Bridgeview Bank Group
4753 N. Broadway
Chicago, IL 60640
(773) 989-2418
Attorney #6292277

## Service List

<u>VIA ECF</u>
*Trustee*:
Gus A. Paloian
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago IL 60603
gpaloian@seyfarth.com

*Attorney for Trustee*:
James B. Sowka
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago IL 60603
jsowka@seyfarth.com

*US Trustee*:
Patrick S. Layng
U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Rm. 873
Chicago IL 60604
USTPRegion11.ES.ECF@usdoj.gov

*Attorney for US Trustee*:
Gretchen Silver
US Trustee
219 S. Dearborn St., Room 873
Chicago IL 60604
gretchen.silver@usdoj.gov

*Attorney for Debtor*:
Nathan Q Rugg
Adelman & Gettleman Ltd.
53 W. Jackson Blvd., Suite #1500
Chicago IL 60604
nrugg@ag-ltd.com

<u>Via Regular Mail</u>
*Debtor:*
Steven J. Panko
1953 N. Dayton
Chicago IL 60614

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| STEVEN J. PANKO, | ) | No. 13-42560 |
| Debtor. | ) | |
| | ) | Honorable Judge Timothy A. Barnes |
| | ) | |

**MOTION FOR SECOND EXTENSION OF TIME**
**FOR FILING OF REAFFIRMATION AGREEMENT**

Creditor Bridgeview Bank Group, by and through its Corporate Counsel, Kevin Ameriks, and pursuant to FRBP 4008(a) and 11 U.S.C. §105, requests this Honorable Court to further enlarge the time for filing of a Reaffirmation Agreement, through July 9, 2014, and in support of said Motion, states as follows:

### I. FACTUAL BACKGROUND

1. That on October 31, 2013, Steven J. Panko ("Debtor") filed a voluntary petition for Chapter 7 Bankruptcy in the Northern District of Illinois, through counsel. Dkt #1.

2. That on Schedule F of the Debtor's Petition, Debtor scheduled Bridgeview Bank Group as holder of a contingent unsecured claim in excess of $9 million dollars, pursuant to a Guarantee. Dkt # 14, p. 13.

3. That Debtor has agreed to reaffirm the subject guaranty on a limited basis, in the amount of $5 million dollars.

4. That approval of such agreement will not pose an undue hardship in that the liability remains purely contingent.

5. That by Order of April 22, 2014, Creditor obtained an extension through and until April 30, 2014, to file the subject reaffirmation agreement. Dkt #77.

6. That by subsequent Order also dated April 22, 2014, the United States Trustee obtained an extension of time to object to Debtor's discharge under Section 727 of the Code, through and until July 9, 2014. Dkt #80.

7. Creditor has since been requested to seek an extension through and until July 9 to file the Reaffirmation Agreement on account of no discharge being applicable before July 9, with a 2004 Examination and other pending matters requiring the Debtor's full attention in the interim

## II. REQUEST FOR EXTENSION OF TIME

8. That under the Federal Rules of Bankruptcy Procedure, Rule 4008(a) permits this Court to enlarge the time for filing of a reaffirmation agreement.

9. That under 11 U.S.C. §105, this Court likewise has the power to issue any order that is appropriate to carry out the provisions of the Bankruptcy Code. Reaffirmation Agreements are plainly provided for under 11 U.S.C. §524 (c)- (d).

10. Creditor does not assert the debt is nondischargeable, and such agreement remains subject to rescission as set forth in 11 USC § 524.

WHEREFORE, Bridgeview Bank respectfully requests this Court (a) enlarge the time for filing of a Reaffirmation Agreement beyond the expiry of the time fixed for objecting to discharge and for filing a motion to dismiss, and (b) for such further relief this Court may deem proper, including postponing entry of discharge under Rule 4004(c)(j) for such time as the Motion remains pending.

Dated: April 30, 2014                Respectfully submitted,
                                     BRIDGEVIEW BANK GROUP

                                By:  /s/ Kevin Ameriks
                                     Kevin Ameriks
                                     Corporate Counsel
                                     Bridgeview Bank Group
                                     4753 N. Broadway
                                     Chicago, IL 60640
                                     (773) 989-2418
                                     Attorney No. 6292277