**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 13-42560-TAB |
|---|---|---|
| | § | |
| Steven John Panko | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2013. The undersigned trustee was appointed on 12/31/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $105,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $54.34 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $104,945.66 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/07/2014 and the deadline for filing government claims was 07/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,500.00, for a total compensation of $8,500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/01/2016            By:   /s/ Gus A. Paloian
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 13-42560-TAB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | | Date Filed (f) or Converted (c): | 10/31/2013 (f) |
| For the Period Ending: | 8/1/2016 | | §341(a) Meeting Date: | 11/01/2013 |
| | | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1. 1953 N. Dayton Chicago, Illinois 60614 Held by Land Trust Debtor's beneficial interest in the Land Trust is held in Tenancy by the Entirety | $2,800,000.00 | $0.00 | | $0.00 | FA |
| 2. Cash on Hand | $200.00 | $200.00 | | $0.00 | FA |
| 3. Lakeside Bank - Joint Account | $9,839.54 | $0.00 | | $0.00 | FA |
| 4. Lakeside Bank | $2,400.00 | $2,400.00 | | $0.00 | FA |
| 5. Living Room Chair - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 6. Living Room Table and 6 Chairs - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 7. Living Room Cabinet - All furniture purchased 2008 or earlier | $150.00 | $150.00 | | $0.00 | FA |
| 8. Living Room Ottoman - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 9. Living Room TV-Flatscreen - All furniture purchased 2008 or earlier | $100.00 | $100.00 | | $0.00 | FA |
| 10. Dining Room Table - All furniture purchased 2008 or earlier | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 11. Dining Room Chairs (8) - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 12. Play Room Chair - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 13. Play Room Couch - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 14. Play Room TV-Flatscreen - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 15. Kitchen Table - All furniture purchased 2008 or earlier | $100.00 | $100.00 | | $0.00 | FA |
| 16. Kitchen Chairs (7) - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| Case No.: | 13-42560-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | Date Filed (f) or Converted (c): | 10/31/2013 (f) |
| For the Period Ending: | 8/1/2016 | §341(a) Meeting Date: | 11/01/2013 |
| | | Claims Bar Date: | 07/07/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Master Bedroom Dresser - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 18 | Master Bedroom TV-Flatscreen - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 19 | Child's Bedroom Bed - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 20 | Child's Bedroom Dresser - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 21 | Child's Bedroom Desk - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 22 | Child's Bedroom Bed - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 23 | Child's Bedroom Desk - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 24 | Spare Bedroom Bed - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 25 | Spare Bedroom Dresser - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 26 | Spare Bedroom Cabinet - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 27 | i Phone and i Pad | $400.00 | $400.00 | | $0.00 | FA |
| 28 | Artwork | $400.00 | $400.00 | | $0.00 | FA |
| 29 | Wearing Apparel | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 30 | Wedding Ring | $500.00 | $500.00 | | $0.00 | FA |
| 31 | Movado Watch - 1994 | $100.00 | $100.00 | | $0.00 | FA |
| 32 | Golf Clubs | $300.00 | $300.00 | | $0.00 | FA |
| 33 | Ohio National Life Financial Services - Term | $0.00 | $0.00 | | $0.00 | FA |
| 34 | Lincoln Financial Group - Whole Life (Surrender Value) (spouse is beneficiary) | $30,320.00 | $30,320.00 | | $0.00 | FA |
| 35 | Real Estate Brokerage License | $0.00 | $0.00 | | $0.00 | FA |
| 36 | Interest in Businesses - See attached B13 Rider to Schedule B | $0.00 | $105,000.00 | | $105,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit A

| Case No.: | 13-42560-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | Date Filed (f) or Converted (c): | 10/31/2013 (f) |
| For the Period Ending: | 8/1/2016 | §341(a) Meeting Date: | 11/01/2013 |
| | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37  Credit Card Refund from Citi | $102.77 | $102.77 | | $0.00 | FA |
| 38  Commission Due From V Land Corporation for Pre-Petition Brokerage Services | $16,600.20 | $16,600.20 | | $0.00 | FA |
| 39  VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                          **Gross Value of Remaining Assets**

$2,865,312.51        $160,472.97        $105,000.00        $0.00

**Major Activities affecting case closing:**
   The Trustee sold Debtor's equity interests.  The Final Report was submitted to UST on 6/9/16.

**Initial Projected Date Of Final Report (TFR):**    12/31/2015        **Current Projected Date Of Final Report (TFR):**        /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**  
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No. | 13-42560-TAB | | Trustee Name: | Gus A. Paloian |
| Case Name: | PANKO, STEVEN JOHN | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4494 | | Checking Acct #: | ******0288 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Steven John Panko |
| For Period Beginning: | 10/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2014 | (36) | ADELMAN & GETTLEMAN, LTD. | ON BEHALF OF STEVEN JOHN PANKO - SALE OF EQUITY INTERESTS AND LIQUIDATED DEBTS | 1129-000 | $105,000.00 | | $105,000.00 |
| 02/19/2015 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $11.63 | $104,988.37 |
| 02/22/2016 | 1002 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $42.71 | $104,945.66 |
| | | | TOTALS: | | $105,000.00 | $54.34 | $104,945.66 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $105,000.00 | $54.34 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $105,000.00 | $54.34 | |

**For the period of 10/31/2013 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $54.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/07/2014 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $54.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| | |
|---|---|
| Case No. | 13-42560-TAB |
| Case Name: | PANKO, STEVEN JOHN |
| Primary Taxpayer ID #: | **-***4494 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/31/2013 |
| For Period Ending: | 8/1/2016 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0288 |
| Account Title: | Steven John Panko |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $105,000.00 | $54.34 | $104,945.66 |

**For the period of 10/31/2013 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $54.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/31/2013 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $54.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

**CLAIM ANALYSIS REPORT**  Page No: 1   Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 13-42560-TAB | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | PANKO, STEVEN JOHN | | **Date:** | 8/1/2016 |
| **Claims Bar Date:** | 07/07/2014 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 05/16/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $8,500.00 | $8,500.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |
| ACCT | POPOWCER KATTEN, LTD.<br><br>35 E. WACKER DR., SUITE 1550<br>CHICAGO IL 60601 | 12/07/2015 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $2,290.00 | $2,290.00 | $2,290.00 | $0.00 | $0.00 | $0.00 | $2,290.00 |
| ATTY E | SEYFARTH SHAW LLP | 05/19/2016 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $520.40 | $520.40 | $0.00 | $0.00 | $0.00 | $520.40 |
| | SEYFARTH SHAW LLP | 05/19/2016 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $48,751.50 | $48,751.50 | $0.00 | $0.00 | $0.00 | $48,751.50 |
| 5 | INTERNAL REVENUE SERVICE<br>PO Box 802501<br>Cincinnati OH 45280 | 04/11/2014 | priority 507(a)(8) other | Allowed | 5800-000 | $16,307.00 | $15,360.30 | $15,360.30 | $0.00 | $0.00 | $0.00 | $15,360.30 |
| 1 | FIRST MERIT BANK NA<br><br>c/o Michelle G Novick Arnstein & Lehr LLP<br>120 S Riverside Plaza Ste 1200<br>Chicago IL 60606 | 12/12/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,425,875.00 | $1,425,875.00 | $0.00 | $0.00 | $0.00 | $1,425,875.00 |
| 2 | THE DAVIS FAMILY TRUST<br>c/o Bradley P Nelson, Schopf & Weiss LLP<br>1 S Wacker Dr, 28th Flr<br>Chicago IL 60606 | 02/07/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,910,929.00 | $9,910,929.00 | $0.00 | $0.00 | $0.00 | $9,910,929.00 |

**CLAIM ANALYSIS REPORT**  Page No: 2    Exhibit C

| Case No. | 13-42560-TAB | | | | | | | | | **Trustee Name:** | Gus A. Paloian | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | | | | | | | | | **Date:** | 8/1/2016 | |
| Claims Bar Date: | 07/07/2014 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | LOBO IV, LLC<br><br>c/o Bradley P Nelson, Schopf & Weiss LLP<br>1 S Wacker Dr, 28th Flr<br>Chicago IL 60606 | 02/07/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,910,929.00 | $9,910,929.00 | $0.00 | $0.00 | $0.00 | $9,910,929.00 |
| 4 | MARC E DAVIS<br><br>c/o Bradley P Nelson, Schopf & Weiss LLP<br>1 S Wacker Dr, 28th Flr<br>Chicago IL 60606 | 02/07/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,910,929.00 | $9,910,929.00 | $0.00 | $0.00 | $0.00 | $9,910,929.00 |
| 5a | INTERNAL REVENUE SERVICE<br>PO Box 802501<br>Cincinnati OH 45280 | 04/11/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $16,307.00 | $546.10 | $546.10 | $0.00 | $0.00 | $0.00 | $546.10 |
| 6 | WELLS FARGO BANK, N.A.<br>Leslie Lovelace Wells Fargo Bank NA<br>301 S College St<br>MAC D1053-300<br>Charlotte NC 28202 | 04/21/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $281,803.83 | $281,803.83 | $0.00 | $0.00 | $0.00 | $281,803.83 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>Edmond M Burke Chuhak & Tecson PC<br>30 S. Wacker Drive, Suite 2600<br>Chicago IL 60606 | 05/13/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,875,000.00 | $2,875,000.00 | $0.00 | $0.00 | $0.00 | $2,875,000.00 |

**Claim Notes:**   (7-1) Personal guaranty for money loaned

Case 13-42560 Doc 105 Filed 08/02/16 Entered 08/02/16 10:47:39 Desc Main
Document    Page 10 of 15


**CLAIM ANALYSIS REPORT**  Page No: 3   Exhibit C

| Case No. | 13-42560-TAB | | | | | | | | | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | | | | | | | | | | | Date: | 8/1/2016 |
| Claims Bar Date: | 07/07/2014 | | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12a | LAKESIDE BANK<br>Thomas B Fullerton<br>Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago Il 60611 | 06/01/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $206,287.66 | $206,287.66 | $0.00 | $0.00 | $0.00 | $206,287.66 |

**Claim Notes:**   (12-1) Pursuant to promissory note.

| 13 | OLD SECOND BANK<br>c/o David J Chroust ICE Miller LLP<br>2300 Cabot Drive Ste 455<br>Lisle IL 60532 | 06/24/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,487,727.40 | $3,487,727.40 | $0.00 | $0.00 | $0.00 | $3,487,727.40 |
| 14 | CHICAGO ASHLAND WEBSTER, LLC<br>Greenberg Traurig c/o Gabriel Aizenberg<br>77 W. Wacker Drive, Suite 3100<br>Chicago IL 60601 | 07/07/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,207,847.00 | $5,207,847.00 | $0.00 | $0.00 | $0.00 | $5,207,847.00 |
| 15a | BRIDGEVIEW BANK GROUP<br>c/o Corporate Counsel<br>4753 N. Broadway<br>Chicago IL 60640 | 07/07/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,801,768.67 | $5,801,768.67 | $0.00 | $0.00 | $0.00 | $5,801,768.67 |
| 8 | LAKESIDE BANK<br>Thomas B Fullerton<br>Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago Il 60611 | 06/01/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $1,750,000.00 | $1,750,000.00 | $0.00 | $0.00 | $0.00 | $1,750,000.00 |

**Claim Notes:**   (8-1) Pursuant to unconditional limited guaranty.

| 9 | LAKESIDE BANK<br>Thomas B Fullerton<br>Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago Il 60611 | 06/01/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $4,000,000.00 | $4,000,000.00 | $0.00 | $0.00 | $0.00 | $4,000,000.00 |

**Claim Notes:**   (9-1) Pursuant to unconditional limited guaranty.

**CLAIM ANALYSIS REPORT**                                  Page No: 4          Exhibit C

| Case No. | 13-42560-TAB | | | | | | | | Trustee Name: | Gus A. Paloian | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | | | | | | | | Date: | 8/1/2016 | |
| Claims Bar Date: | 07/07/2014 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | LAKESIDE BANK<br>Thomas B Fullerton<br>Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago Il 60611 | 06/01/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $2,373,780.71 | $2,373,780.71 | $0.00 | $0.00 | $0.00 | $2,373,780.71 |
| **Claim Notes:** | (10-1) Pursuant to unconditional and unlimited guaranty. | | | | | | | | | | | |
| 11 | LAKESIDE BANK<br>Thomas B Fullerton<br>Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago Il 60611 | 06/01/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $5,209,152.68 | $5,209,152.68 | $0.00 | $0.00 | $0.00 | $5,209,152.68 |
| **Claim Notes:** | (11-1) Pursuant to unconditional and unlimited guaranty. | | | | | | | | | | | |
| 12 | LAKESIDE BANK<br>Thomas B Fullerton<br>Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago Il 60611 | 06/01/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $2,800,000.00 | $2,800,000.00 | $0.00 | $0.00 | $0.00 | $2,800,000.00 |
| **Claim Notes:** | (12-1) Pursuant to promissory note. | | | | | | | | | | | |
| 15 | BRIDGEVIEW BANK GROUP<br>c/o Corporate Counsel<br>4753 N. Broadway<br>Chicago IL 60640 | 07/07/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $3,600,000.00 | $3,600,000.00 | $0.00 | $0.00 | $0.00 | $3,600,000.00 |
| | | | | | | $68,827,998.25 | $68,827,998.25 | $0.00 | $0.00 | $0.00 | 68,827,998.25 |

**CLAIM ANALYSIS REPORT**  Page No: 5   Exhibit C

| | |
|---|---|
| **Case No.** | 13-42560-TAB |
| **Case Name:** | PANKO, STEVEN JOHN |
| **Claims Bar Date:** | 07/07/2014 |
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 8/1/2016 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other firm) | $2,290.00 | $2,290.00 | $0.00 | $0.00 | $0.00 | $2,290.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $520.40 | $520.40 | $0.00 | $0.00 | $0.00 | $520.40 |
| Attorney for Trustee Fees (Trustee Firm) | $48,751.50 | $48,751.50 | $0.00 | $0.00 | $0.00 | $48,751.50 |
| General Unsecured 726(a)(2) | $49,019,642.66 | $49,019,642.66 | $0.00 | $0.00 | $0.00 | $49,019,642.66 |
| priority 507(a)(8) other | $15,360.30 | $15,360.30 | $0.00 | $0.00 | $0.00 | $15,360.30 |
| SECURED CLAIMS | $19,732,933.39 | $19,732,933.39 | $0.00 | $0.00 | $0.00 | $19,732,933.39 |
| Trustee Compensation | $8,500.00 | $8,500.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     13-42560-TAB
Case Name:    Steven John Panko
Trustee Name: Gus A. Paloian

|  | Balance on hand: | $104,945.66 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 8 | Lakeside Bank | $1,750,000.00 | $1,750,000.00 | $0.00 | $0.00 |
| 9 | Lakeside Bank | $4,000,000.00 | $4,000,000.00 | $0.00 | $0.00 |
| 10 | Lakeside Bank | $2,373,780.71 | $2,373,780.71 | $0.00 | $0.00 |
| 11 | Lakeside Bank | $5,209,152.68 | $5,209,152.68 | $0.00 | $0.00 |
| 12 | Lakeside Bank | $2,800,000.00 | $2,800,000.00 | $0.00 | $0.00 |
| 15 | Bridgeview Bank Group | $3,600,000.00 | $3,600,000.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $104,945.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $8,500.00 | $0.00 | $8,500.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $48,751.50 | $0.00 | $48,751.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $520.40 | $0.00 | $520.40 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $2,290.00 | $0.00 | $2,290.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $60,061.90 |
| Remaining balance: | $44,883.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $44,883.76 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,360.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Service | $15,360.30 | $0.00 | $15,360.30 |

|  | Total to be paid to priority claims: | $15,360.30 |
|---|---|---|
|  | Remaining balance: | $29,523.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,019,642.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | First Merit Bank NA | $1,425,875.00 | $0.00 | $858.78 |
| 2 | The Davis Family Trust | $9,910,929.00 | $0.00 | $5,969.14 |
| 3 | Lobo IV, LLC | $9,910,929.00 | $0.00 | $5,969.14 |
| 4 | Marc E Davis | $9,910,929.00 | $0.00 | $5,969.13 |
| 5a | Internal Revenue Service | $546.10 | $0.00 | $0.33 |
| 6 | Wells Fargo Bank, N.A. | $281,803.83 | $0.00 | $169.72 |
| 7 | U.S. Bank National Association | $2,875,000.00 | $0.00 | $1,731.55 |
| 12a | Lakeside Bank | $206,287.66 | $0.00 | $124.24 |
| 13 | Old Second Bank | $3,487,727.40 | $0.00 | $2,100.58 |
| 14 | Chicago Ashland Webster, LLC | $5,207,847.00 | $0.00 | $3,136.57 |
| 15a | Bridgeview Bank Group | $5,801,768.67 | $0.00 | $3,494.28 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $29,523.46 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**