IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-42560 |
| | ) | |
| STEVEN JOHN PANKO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: September 7, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

COVER SHEET FOR FIRST AND FINAL APPLICATION OF
POPOWCER KATTEN, LTD, FOR COMPENSATION
AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:                          Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:                   The Estate

Date of Order Authorizing
Employment:                                 February 11, 2015

Period for which Compensation
and Reimbursement is Sought:                February 11, 2015 through October 30, 2015

Amount of Final Fees Sought:                $2,290.00

Amount of Final Expense
Reimbursement Sought:                       $    0.00

This is an:   X   Final        Interim Application.

Prior Applications              Date Filed     Amount Requested         Amount Awarded

None

Dated: August 1, 2016                    Respectfully submitted,

                                         Popowcer Katten, Ltd., Accountants

                                         By: /s/ Lois West
                                             Lois West, CPA

27045022v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-42560 |
| ) | |
| **STEVEN JOHN PANKO,** ) | Chapter 7 |
| ) | |
| Debtor. ) | Hon. Timothy A. Barnes |
| ) | Hearing Date: September 7, 2016 |
| ) | Hearing Time: 10:30 a.m. |

### POPOWCER KATTEN, LTD. FOR ALLOWANCE OF
### COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of Steven John Panko (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period February 11, 2015 through October 30, 2015 (the "Application Period"). In support of this Application, Popowcer states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

1. On October 31, 2013, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, as amended (the "Bankruptcy Code"), thereby commencing the above-captioned case (the "Case").

2. On December 31, 2013, Gus A. Paloian was appointed as Chapter 7 Trustee in the Case. (See Dkt. No. 19.)

3. By its Order of February 11, 2015, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the February 11, 2015 order is attached hereto as **Exhibit 1**.

27045022v.1

**EXTENT AND NATURE OF SERVICES RENDERED**

4. Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of federal and state fiduciary income tax returns for the Estate for the final tax year 2014. Additionally, Popowcer prepared letters to the Internal Revenue Service (the "IRS") and the Illinois Department of Revenue (the "IDOR") in accordance with section 505(b).

5. In this Application, Popowcer seeks the allowance of $2,290.00 in final compensation for necessary services rendered. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

**PRIOR COMPENSATION**

6. This is the first and final application that Popowcer will file in the case.

7. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

**STATUS OF CASE**

8. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

**RELIEF REQUESTED**

WHEREFORE, Popowcer requests the entry of an Order:

A. Allowing Popowcer final compensation in the amount of $2,290.00;

2

27045022v.1

### EXTENT AND NATURE OF SERVICES RENDERED

4.  Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of federal and state fiduciary income tax returns for the Estate for the final tax year 2014. Additionally, Popowcer prepared letters to the Internal Revenue Service (the "IRS") and the Illinois Department of Revenue (the "IDOR") in accordance with section 505(b).

5.  In this Application, Popowcer seeks the allowance of $2,290.00 in final compensation for necessary services rendered. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

### PRIOR COMPENSATION

6.  This is the first and final application that Popowcer will file in the case.

7.  Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

### STATUS OF CASE

8.  The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

### RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

A.  Allowing Popowcer final compensation in the amount of $2,290.00;

B. Authorizing the Trustee to pay Popowcer the amount of $2,290.00 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

C. Granting such other and further relief as this Court deems proper.

Dated: August 1, 2016   Respectfully submitted,

Popowcer Katten, Ltd., Accountants

By: /s/ Lois West
   Lois West, CPA

3

27045022v.1

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 13-42560 |
| STEVEN JOHN PANKO, ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| Debtor(s) ) | | |

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO
EMPLOY POPOWCER KATTEN, LTD. AS HIS ACCOUNTANT**

Upon the Application (the "Application") of Chapter 7 Trustee (the "Trustee") for Entry of Order Authorizing and Approving the Retention of Popowcer Katten, Ltd. ("PKL") as His Accountant; and upon the Affidavit of Lois West; due and adequate notice of the Application having been given;

IT IS ORDERED THAT:

1. The notice of the Application as given is deemed sufficient and proper.

2. In accordance with 11 U.S.C. §§ 105(a), 327(a), and 328(a), and Federal Rule of Bankruptcy Procedure 2002(a)(6), the retention and employment of PKL is authorized and approved.

3. Any compensation and reimbursement of expenses to PKL shall be pending further order of this court.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 11, 2015

**Prepared by:**

Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5000

# EXHIBIT 2



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

Invoice No. 28445

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Steven John Panko (13-42560)
- Seyfarth Shaw LLP
- c/o Gus A. Paloian, Trustee
- 131 S. Dearborn Street, Suite 2400
- Chicago, IL 60603

Date: November 20, 2015     Account No.: PAL1029L

For Professional Services Rendered:

For accounting and tax services rendered for the period April 11, 2015 through October 23, 2015 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2014 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue to request and expedited audit in accordance with code section 505 (b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|            | Title                | Hours | Rate   | Amount     |
|------------|----------------------|-------|--------|------------|
| L. West    | Bankruptcy Specialist | 8.2   | $250.  | $ 2,050.00 |
| B. Glusak  | Tax Manager          | 1.0   | 240.   | 240.00     |
|            | Total:               | 9.2   |        | $ 2,290.00 |

ESTATE OF STEVEN JOHN PANKO (13-42560)

Time Sort by Date

ACCOUNTING & TAX SERVICES

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 4/11/2015 | Tax Return Preparation - Prepare form 7004 - request to extend time to file income tax return for 2014. | 0.2 | L. West | $250 | 50.00 |
| 8/18/2015 | Tax Return Preparation - Review trustee's sale agreement re: sale of debtor's interest in fourteen LLC's. Email to J. McManus re: obtaining copy of debtor's 2012 tax return and copies of K-1 forms for all LLC's. | 0.7 | L. West | $250 | 175.00 |
| 10/20/2015 | Tax Return Preparation - Review documents re: investment in Antioch BB LLC. | 1.0 | L. West | $250 | 250.00 |
| 10/21/2015 | Tax Return Preparation - Calculate gain / loss on sale of equity interest in various entities. Allocate sale price to entities sold based upon property value. | 2.2 | L. West | $250 | 550.00 |
| 10/21/2015 | Tax Return Preparation - Prepare federal and state fiduciary returns for 12/31/14 - forms 1041/1040 and IL-1041/IL-1040. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required - draft statement for attachment to returns re: bankruptcy filing. | 3.8 | L. West | $250 | 950.00 |
| 10/22/2015 | Tax Review - Review workpapers and federal and state fiduciary returns for year ended 12/31/14- forms 1041/1040 and IL-1041/IL-1040. | 1.0 | B. Glusak | $240 | 240.00 |
| 10/23/2015 | Tax Review - Final review - check assembly and sign returns for final year ended 12/31/14 forms 1041 / 1040 and IL-1041/IL-1040. | 0.3 | L. West | $250 | 75.00 |
| | Total | 9.2 | | | 2,290.00 |

1