UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-42560 |
| | Chapter 7 |
| STEVEN JOHN PANKO, | |
| | Hon. Timothy A. Barnes |
| Debtor. | |
| | Hearing Date: September 7, 2016 |
| | Hearing Time: 10:30 a.m. |

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on August 3, 2016, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: August 3, 2016

_____
Jennifer M. McManus

Subscribed and sworn to be before me this 3rd day of August, 2016

_____
Notary Public

JENNIFER B WOODS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 17, 2019

28353063v.1

## DALE J. KOTNOUR
## SERVICE LIST

### VIA ELECTRONIC CM/ECF

- William B. Berndt — wberndt@honigman.com, rshumard@honigman.com; litdocket@honigman.com
- Alexander F. Brougham — abrougham@ag-ltd.com
- Edmond M. Burke — eburke@chuhak.com, mvasquez@chuhak.com
- Thomas B. Fullerton — thomas.fullerton@akerman.com
- Patrick S. Layng — USTPRegion11.ES.ECF@usdoj.gov
- Kevin H. Morse — khmorse@arnstein.com
- Bradley P. Nelson — nelson@sw.com, central@sw.com;riley@sw.com; swcourts@yahoo.com
- Michelle G. Novick — mgnovick@arnstein.com, lcsolomon@arnstein.com
- Nathan Q. Rugg — nrugg@ag-ltd.com, lhope@ag-ltd.com
- M. Gretchen Silver — ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov; denise.delaurent@usdoj.gov maria.e.yapan@usdoj.gov
- Miriam R. Stein — mstein@chuhak.com, dgeorge@chuhak.com; vjefferson@chuhak.com
- 

### VIA UNITED STATES MAIL

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

Lakeside Bank
Thomas B. Fullerton
Swanson Martin & Bell LLP
330 N. Wabash Suite 3300
Chicago, IL 60611-3764

U.S. Bank National Association
Edmond M. Burke Chuhak & Tecson PC
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606-7512

Mark E. Davis
c/o Bradley P. Nelson
Schopf & Weiss LLP
1 S. Wacker Drive, 28th Floor
Chicago, IL 60606-4615

Chicago Ashland Webster LLC
Greenberg Traurig
c/o Gabriel Aizenberg
77 W. Wacker Dr, suite 3100

Lobo IV, LLC
c/o Bradley P. Nelson
Schopf & Weiss LLP
1 S. Wacker Drive, 28th Floor

28353063v.1

The Davis Family Trust
c/o Bradley P. Nelson
Schopf & Weiss LLP
1 S. Wacker Drive, 28thth Floor

Old Second Bank
c/o David J. Chroust
Ice Miller LLP
2300 Cabot Drive, Suite 455

Bridgeview Bank Group
c/o Corporate Counsel
4753 N. Broadway
Chicago, IL 60640-5266

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Wells Fargo
Leslie Lovelace
Wells Fargo Bank NA
301 S. College St.
MAC D1053-300

First Merit Bank NA
c/o Michelle G. Novick
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

28353063v.1