**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-42560-TAB |
| | § | |
| Steven John Panko | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,855,472.97 | Assets Exempt: | $9,989.54 |
| Total Distributions to Claimants: | $44,883.76 | Claims Discharged Without Payment: | $62,015,250.20 |
| Total Expenses of Administration: | $60,116.24 | | |

    3)    Total gross receipts of $105,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $105,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,172,633.00 | $19,732,933.39 | $19,732,933.39 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $60,116.24 | $60,116.24 | $60,116.24 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $16,307.00 | $15,360.30 | $15,360.30 | $15,360.30 |
| General Unsecured Claims (from **Exhibit 7**) | $44,200,100.00 | $49,019,642.66 | $19,286,855.66 | $29,523.46 |
| **Total Disbursements** | $50,389,040.00 | $68,828,052.59 | $39,095,265.59 | $105,000.00 |

4). This case was originally filed under chapter 7 on 10/31/2013. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2017     By:   /s/ Gus A. Paloian
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Interest in Businesses - See attached B13 Rider to Schedule B | 1129-000 | $105,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$105,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Lakeside Bank | 4110-000 | $0.00 | $1,750,000.00 | $1,750,000.00 | $0.00 |
| 9 | Lakeside Bank | 4110-000 | $0.00 | $4,000,000.00 | $4,000,000.00 | $0.00 |
| 10 | Lakeside Bank | 4110-000 | $0.00 | $2,373,780.71 | $2,373,780.71 | $0.00 |
| 11 | Lakeside Bank | 4110-000 | $0.00 | $5,209,152.68 | $5,209,152.68 | $0.00 |
| 12 | Lakeside Bank | 4110-000 | $0.00 | $2,800,000.00 | $2,800,000.00 | $0.00 |
| 15 | Bridgeview Bank Group | 4110-000 | $0.00 | $3,600,000.00 | $3,600,000.00 | $0.00 |
| | Banner One, LLC, Attn: Mark O'Toole | 4110-000 | $1,746,758.00 | $0.00 | $0.00 | $0.00 |
| | First Merit Bank | 4110-000 | $1,425,875.00 | $0.00 | $0.00 | $0.00 |
| | Lakeside Bank | 4110-000 | $3,000,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,172,633.00** | **$19,732,933.39** | **$19,732,933.39** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $8,500.00 | $8,500.00 | $8,500.00 |
| ARTHUR B. LEVINE CO. | 2300-000 | NA | $42.71 | $42.71 | $42.71 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $11.63 | $11.63 | $11.63 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $48,751.50 | $48,751.50 | $48,751.50 |
| SEYFARTH SHAW LLP, Attorney for | 3120-000 | NA | $520.40 | $520.40 | $520.40 |

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $2,290.00 | $2,290.00 | $2,290.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $60,116.24 | $60,116.24 | $60,116.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | $16,307.00 | $15,360.30 | $15,360.30 | $15,360.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,307.00 | $15,360.30 | $15,360.30 | $15,360.30 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Merit Bank NA | 7100-000 | $1,425,875.00 | $1,425,875.00 | $1,425,875.00 | $858.78 |
| 2 | The Davis Family Trust | 7100-000 | $0.00 | $9,910,929.00 | $0.00 | $5,969.14 |
| 3 | Lobo IV, LLC | 7100-000 | $0.00 | $9,910,929.00 | $0.00 | $5,969.14 |
| 4 | Marc E Davis | 7100-000 | $0.00 | $9,910,929.00 | $0.00 | $5,969.13 |
| 5a | Internal Revenue Service | 7100-000 | $16,307.00 | $546.10 | $546.10 | $0.33 |
| 6 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $281,803.83 | $281,803.83 | $169.72 |
| 7 | U.S. Bank National Association | 7100-000 | $0.00 | $2,875,000.00 | $2,875,000.00 | $1,731.55 |
| 12a | Lakeside Bank | 7100-000 | $0.00 | $206,287.66 | $206,287.66 | $124.24 |
| 13 | Old Second Bank | 7100-000 | $0.00 | $3,487,727.40 | $3,487,727.40 | $2,100.58 |
| 14 | Chicago Ashland Webster, LLC | 7100-000 | $0.00 | $5,207,847.00 | $5,207,847.00 | $3,136.57 |
| 15a | Bridgeview Bank Group | 7100-000 | $0.00 | $5,801,768.67 | $5,801,768.67 | $3,494.28 |
| | Bridgeview Bank, Attn: Bryan Griffin | 7100-000 | $9,316,783.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Ashland Webster, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Title | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Davis Family Trust | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Revenue | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Keybank Real Estate Capital | 7100-000 | $1,542,146.00 | $0.00 | $0.00 | $0.00 |
| | Lakeside Bank, Attn: Dave Pinkerton | 7100-000 | $21,175,495.00 | $0.00 | $0.00 | $0.00 |
| | LMC Group, LLC | 7100-000 | $1,831,047.00 | $0.00 | $0.00 | $0.00 |
| | Lobo IV, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mark Davis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MB Financial Bank, N.A. | 7100-000 | $1,200,000.00 | $0.00 | $0.00 | $0.00 |
| | Old Second Bank | 7100-000 | $2,546,500.00 | $0.00 | $0.00 | $0.00 |
| | Terry Davis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | US Bank | 7100-000 | $3,321,750.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo, Attn: Lorraine Cross | 7100-000 | $281,804.00 | $0.00 | $0.00 | $0.00 |
| | Workers Retail Trust, L.P. | 7100-000 | $1,542,393.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,200,100.00 | $49,019,642.66 | $19,286,855.66 | $29,523.46 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-42560-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | Date Filed (f) or Converted (c): | 10/31/2013 (f) |
| For the Period Ending: | 1/9/2017 | §341(a) Meeting Date: | 11/01/2013 |
| | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  1953 N. Dayton Chicago, Illinois 60614 Held by Land Trust Debtor's beneficial interest in the Land Trust is held in Tenancy by the Entirety | $2,800,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash on Hand | $200.00 | $200.00 | | $0.00 | FA |
| 3  Lakeside Bank - Joint Account | $9,839.54 | $0.00 | | $0.00 | FA |
| 4  Lakeside Bank | $2,400.00 | $2,400.00 | | $0.00 | FA |
| 5  Living Room Chair - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 6  Living Room Table and 6 Chairs - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 7  Living Room Cabinet - All furniture purchased 2008 or earlier | $150.00 | $150.00 | | $0.00 | FA |
| 8  Living Room Ottoman - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 9  Living Room TV-Flatscreen - All furniture purchased 2008 or earlier | $100.00 | $100.00 | | $0.00 | FA |
| 10  Dining Room Table - All furniture purchased 2008 or earlier | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 11  Dining Room Chairs (8) - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 12  Play Room Chair - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 13  Play Room Couch - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 14  Play Room TV-Flatscreen - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 15  Kitchen Table - All furniture purchased 2008 or earlier | $100.00 | $100.00 | | $0.00 | FA |
| 16  Kitchen Chairs (7) - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-42560-TAB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | | Date Filed (f) or Converted (c): | 10/31/2013 (f) |
| For the Period Ending: | 1/9/2017 | | §341(a) Meeting Date: | 11/01/2013 |
| | | | Claims Bar Date: | 07/07/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Master Bedroom Dresser - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 18 | Master Bedroom TV-Flatscreen - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 19 | Child's Bedroom Bed - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 20 | Child's Bedroom Dresser - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 21 | Child's Bedroom Desk - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 22 | Child's Bedroom Bed - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 23 | Child's Bedroom Desk - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 24 | Spare Bedroom Bed - All furniture purchased 2008 or earlier | $25.00 | $25.00 | | $0.00 | FA |
| 25 | Spare Bedroom Dresser - All furniture purchased 2008 or earlier | $10.00 | $10.00 | | $0.00 | FA |
| 26 | Spare Bedroom Cabinet - All furniture purchased 2008 or earlier | $50.00 | $50.00 | | $0.00 | FA |
| 27 | i Phone and i Pad | $400.00 | $400.00 | | $0.00 | FA |
| 28 | Artwork | $400.00 | $400.00 | | $0.00 | FA |
| 29 | Wearing Apparel | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 30 | Wedding Ring | $500.00 | $500.00 | | $0.00 | FA |
| 31 | Movado Watch - 1994 | $100.00 | $100.00 | | $0.00 | FA |
| 32 | Golf Clubs | $300.00 | $300.00 | | $0.00 | FA |
| 33 | Ohio National Life Financial Services - Term | $0.00 | $0.00 | | $0.00 | FA |
| 34 | Lincoln Financial Group - Whole Life (Surrender Value) (spouse is beneficiary) | $30,320.00 | $30,320.00 | | $0.00 | FA |
| 35 | Real Estate Brokerage License | $0.00 | $0.00 | | $0.00 | FA |
| 36 | Interest in Businesses - See attached B13 Rider to Schedule B | $0.00 | $105,000.00 | | $105,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 13-42560-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | Date Filed (f) or Converted (c): | 10/31/2013 (f) |
| For the Period Ending: | 1/9/2017 | §341(a) Meeting Date: | 11/01/2013 |
| | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37  Credit Card Refund from Citi | $102.77 | $102.77 | | $0.00 | FA |
| 38  Commission Due From V Land Corporation for Pre-Petition Brokerage Services | $16,600.20 | $16,600.20 | | $0.00 | FA |
| 39  VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                        **Gross Value of Remaining Assets**

$2,865,312.51     $160,472.97           $105,000.00         $0.00

**Major Activities affecting case closing:**

09/30/2016   The Trustee sold Debtor's equity interests. The Final Report was submitted to UST on 6/9/16.

The Final Report was filed on August 3, 2016 an approved on September 7, 2016. Distribution was made on September 12, 2016. Waiting for zero bank balance.

**Initial Projected Date Of Final Report (TFR):**   12/31/2015        **Current Projected Date Of Final Report (TFR):**        /s/ GUS A. PALOIAN

                                                                                                                            GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-42560-TAB | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | PANKO, STEVEN JOHN | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4494 | Checking Acct #: | ******0288 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Steven John Panko |
| For Period Beginning: | 10/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2014 | (36) | ADELMAN & GETTLEMAN, LTD. | ON BEHALF OF STEVEN JOHN PANKO - SALE OF EQUITY INTERESTS AND LIQUIDATED DEBTS | 1129-000 | $105,000.00 | | $105,000.00 |
| 02/19/2015 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $11.63 | $104,988.37 |
| 02/22/2016 | 1002 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $42.71 | $104,945.66 |
| 09/12/2016 | 1003 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $2,290.00 | $102,655.66 |
| 09/12/2016 | 1004 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $520.40 | $102,135.26 |
| 09/12/2016 | 1005 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $48,751.50 | $53,383.76 |
| 09/12/2016 | 1006 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $8,500.00 | $44,883.76 |
| 09/12/2016 | 1007 | Internal Revenue Service | Claim #: 5; Distribution Dividend: 100.00; | 5800-000 | | $15,360.30 | $29,523.46 |
| 09/12/2016 | 1008 | First Merit Bank NA | Claim #: 1; Distribution Dividend: 0.06; | 7100-000 | | $858.78 | $28,664.68 |
| 09/12/2016 | 1009 | The Davis Family Trust | Claim #: 2; Distribution Dividend: 0.06; | 7100-000 | | $5,969.14 | $22,695.54 |
| 09/12/2016 | 1010 | Lobo IV, LLC | Claim #: 3; Distribution Dividend: 0.06; | 7100-000 | | $5,969.14 | $16,726.40 |
| 09/12/2016 | 1011 | Marc E Davis | Claim #: 4; Distribution Dividend: 0.06; | 7100-000 | | $5,969.13 | $10,757.27 |
| 09/12/2016 | 1012 | Internal Revenue Service | Claim #: 5; Distribution Dividend: 0.06; | 7100-000 | | $0.33 | $10,756.94 |
| 09/12/2016 | 1013 | Wells Fargo Bank, N.A. | Claim #: 6; Distribution Dividend: 0.06; | 7100-000 | | $169.72 | $10,587.22 |
| 09/12/2016 | 1014 | U.S. Bank National Association | Claim #: 7; Distribution Dividend: 0.06; | 7100-000 | | $1,731.55 | $8,855.67 |
| 09/12/2016 | 1015 | Lakeside Bank | Claim #: 12; Distribution Dividend: 0.06; | 7100-000 | | $124.24 | $8,731.43 |
| 09/12/2016 | 1016 | Old Second Bank | Claim #: 13; Distribution Dividend: 0.06; | 7100-000 | | $2,100.58 | $6,630.85 |
| 09/12/2016 | 1017 | Chicago Ashland Webster, LLC | Claim #: 14; Distribution Dividend: 0.06; | 7100-000 | | $3,136.57 | $3,494.28 |
| 09/12/2016 | 1018 | Bridgeview Bank Group | Claim #: 15; Distribution Dividend: 0.06; | 7100-000 | | $3,494.28 | $0.00 |
| 11/09/2016 | 1015 | STOP PAYMENT: Lakeside Bank | Claim #: 12; Distribution Dividend: 0.06; | 7100-004 | | ($124.24) | $124.24 |
| 11/09/2016 | 1019 | Lakeside Bank | Claim #: 12; Distribution Dividend: 0.06; | 7100-000 | | $124.24 | $0.00 |

**SUBTOTALS**  $105,000.00  $105,000.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-42560-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PANKO, STEVEN JOHN | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4494 | Checking Acct #: | ******0288 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Steven John Panko |
| For Period Beginning: | 10/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $105,000.00 | $105,000.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $105,000.00 | $105,000.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $105,000.00 | $105,000.00 | |

| For the period of 10/31/2013 to 1/9/2017 | | For the entire history of the account between 10/07/2014 to 1/9/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $105,000.00 | Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 | Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $105,000.00 | Total Compensable Disbursements: | $105,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $105,000.00 | Total Comp/Non Comp Disbursements: | $105,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 13-42560-TAB |
| Case Name: | PANKO, STEVEN JOHN |
| Primary Taxpayer ID #: | **-***4494 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/31/2013 |
| For Period Ending: | 1/9/2017 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0288 |
| Account Title: | Steven John Panko |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $105,000.00 | $105,000.00 | $0.00 |

**For the period of 10/31/2013 to 1/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $105,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $105,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/31/2013 to 1/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $105,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $105,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $105,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $105,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN